# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2007

132281

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BEVERLY GARGES,
      Plaintiff-Appellant,

v

PATRICIA TODD, d/b/a LAST CHANCE
PARTY STORE,
      Defendant-Appellee.

SC: 132281
COA: 260084
Jackson CC: 03-001448-NO

_____/

      On order of the Court, the application for leave to appeal the September 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2007

_____
Clerk

t0131